UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **COLONIAL PACIFIC LEASING CORPORATION,** )<br>)<br>**PLAINTIFF** )<br>)<br>v.                                                  )<br>)<br>**ANNE H. MAGALIS,** )<br>)<br>**DEFENDANT** ) | **CIVIL NO. 2:13-CV-120** |

ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter.

**SO ORDERED.**

**DATED THIS 19TH DAY OF JUNE, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**